IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) REDACTED |
| Plaintiff | ) |
| v. | ) Criminal Action No. 08-*100* |
| LEVAN MORALES | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about June 13, 2008, in the State and District of Delaware, LEVAN MORALES, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a 9 mm KELTEC CNC Inc. Model P11 pistol, serial number 13782, after having been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of each respective offense, including but not limited to the following:

1. the 9 mm KELTEC CNC Inc. Model P11 pistol, serial number 13782, and

2. 7 rounds of ammunition.

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
John C. Snyder
Assistant United States Attorney

Dated: July 10, 2008